IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv140

| | |
|---|---|
| VALLEY COMMERCIAL CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT** |
| Vs. ) | **JUDGMENT** |
| ) | |
| ) | |
| OKS LIMITED; and DAVID O. SEQUOIAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Entry of Default Judgment. Having considered plaintiff's motion and reviewed the pleadings, and it appearing that defendants are in default (Entry of Default (#9)) and that such default has not been set aside or otherwise cured, and that plaintiff seeks judgment for a sum certain which is fully supported by the allegations in its Complaint (#1), but does not now seek attorneys fees, the court enters the following Judgment.

## JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that

(1)   plaintiff's second Motion for Entry of Default Judgment (#13) is **ALLOWED;**

(2)   defendants have and take nothing of plaintiff; and

(3)   that **JUDGMENT** be and hereby is **ENTERED** in favor of **VALLEY COMMERCIAL CAPITAL, LLC,** and against **OKS LIMITED and DAVID O. SEQUOIAS,** both jointly and severally, in the amount of **$175,980.38**, together with interest thereinafter accruing as provided in 28 U.S.C. § 1961.

As a part of this Judgment, plaintiff may make application to the Clerk of Court as provided in Local Civil Rule 54.1 for its costs.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge