# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Valley Commercial Capital LLC,

    Plaintiff(s),  JUDGMENT IN A CIVIL CASE

vs.  3:12cv140

OKS Limited and David Sequoias,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

Signed: October 30, 2012

Frank G. Johns, Clerk
United States District Court